STATE OF NORTH CAROLINA v. RICHARD WAYNE RUFTY

No. 7219SC700

(Filed 20 September 1972)

APPEAL by defendant from *Johnston, Judge,* 11 January 1972 Session of Superior Court held in CABARRUS County.

The defendant, Richard Wayne Rufty, was charged in a bill of indictment, proper in form, with misdemeanor escape, first offense, in violation of G.S. 148-45(b). The defendant, represented by court-appointed counsel, pleaded guilty and from a judgment imposing a prison sentence of six (6) months, defendant appealed.

State v. Rufty

*Attorney General Robert Morgan and Associate Attorney Walter E. Ricks III for the State.*

*Larry E. Harris for defendant appellant.*

HEDRICK, Judge.

We have carefully reviewed the record which affirmatively discloses that the defendant understandingly and voluntarily pleaded guilty to a valid bill of indictment charging him with misdemeanor escape. The judgment imposing a prison sentence of six months is within the limits prescribed for a violation of G.S. 148-45(b). We find and hold that the defendant had a fair trial free from prejudicial error.

No error.

Judges BROCK and MORRIS concur.